UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANCE ADAM GOLDMAN,

              Plaintiff

v.

LEE MCROBERTS, MICHAEL DOSS,
ERICK VANDENBURG, CHRISTOPHER
WHITFORD, SCOTT MCALLISTER,
JEROLD SCHNEIDER,
VERA CONERLY,
JAMIE BROCKWELL, and RODNEY
RICHARDSON,

              Defendants.

_____/

Case No. 2:17-cv-14093
District Judge Gershwin A. Drain
Magistrate Judge Anthony P. Patti

## ORDER REGARDING PLAINTIFF'S EMERGENCY REPORT (DE 34)

Plaintiff Lance Adam Goldman is currently incarcerated at the Michigan

Department of Corrections (MDOC) Baraga Correctional Facility (AMF) in

Michigan's Upper Peninsula. (DE 33.) On December 19, 2017, while incarcerated

at the MDOC's G. Robert Cotton Correctional Facility (JCF), Plaintiff filed the

instant lawsuit against 17 defendants. (DE 1 at 2-5.) The Court's March 26, 2018

opinion and order dismissed eight of the defendants and directed service of the

complaint upon nine of the defendants. (DE 9.)

Plaintiff has been granted leave to proceed *in forma pauperis*, and, until very

recently, he was representing himself. (DEs 2, 4; *see also* DE 6.) On September

1

17, 2018, attorney Daniel Manville entered a limited appearance to engage in discovery on Plaintiff's behalf. (DE 42.)  Each of the remaining Defendants is alleged to be or have been employed at Parnall Correctional Facility (SMT) and is represented by the Michigan Department of Attorney General.  (DE 1 at 2-5, DE 12.)

Judge Drain has referred this case to me to for all pretrial proceedings.  (DEs 8, 39.)  Among the matters which are currently pending before the Court is Plaintiff's verified, emergency report dated August 1, 2018 and filed on August 9, 2018.  (DE 34.)  Within this filing, Plaintiff, *inter alia*, makes some detailed allegations about sexual assault, torture and rape by MDOC transportation employees.  According to Plaintiff, there is an "imminent threat" on his life at Baraga (DE 34 at 12 ¶ 18), which, as noted above, is Plaintiff's current location.

Given Plaintiff's counsel's recent, limited appearance "to engage in discovery[,]" (DE 42), the prudent approach is have Plaintiff address his emergency concerns (DE 34) with his counsel, so that his attorney may investigate further, conduct any necessary discovery and file an appropriate motion if Court action is necessary.

Dated: September 24, 2018          *s/Anthony P. Patti*
                                   Anthony P. Patti
                                   UNITED STATES MAGISTRATE JUDGE

## **Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on September 26, 2018, electronically and/or by U.S. Mail.

s/Michael Williams
Case Manager for the
Honorable Anthony P. Patti