UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANCE ADAM GOLDMAN,

Plaintiff,

v.

RICK SNYDER, ET AL.,

Defendants.

Case No. 17-cv-14093

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
ANTHONY P. PATTI

/

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#59] AND DENYING PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION [#36]**

This matter is before the Court on Plaintiff's Motion for Preliminary Injunction. Dkt. No. 36. The Court referred this matter to Magistrate Judge Anthony P. Patti, who issued a Report and Recommendation on November 27, 2018, recommending that the Court deny Plaintiff's Motion. Dkt. No. 59. Neither party has filed an objection to the Magistrate Judge's Report and Recommendation, and the time for filing objections has expired. *See* 28 U.S.C. § 636(b)(1)(C) ("Within fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by the rules of the court."). Upon review of Plaintiff's Motion and the

-1-

Magistrate Judge's Report and Recommendation, the Court concludes that the Magistrate reached the correct conclusion.

Accordingly, the Court ACCEPTS and ADOPTS Magistrate Judge Patti's November 27, 2018 Report and Recommendation [#59] as this Court's findings of fact and conclusions of law. Plaintiff's Motion for Preliminary Injunction [#36] is hereby DENIED.

IT IS SO ORDERED.

Dated:	January 29, 2019

                s/Gershwin A. Drain
                HON. GERSHWIN A. DRAIN
                United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, January 29, 2019, by electronic and/or ordinary mail.

                s/Teresa McGovern
                Case Manager