UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANCE ADAM GOLDMAN,

    Plaintiff

v.

LEE MCROBERTS,
MICHAEL DOSS,
ERICK VANDENBURG,
CHRISTOPHER WHITFORD,
SCOTT MCALLISTER,
JEROLD SCHNEIDER,
VERA CONERLY,
JAMIE BROCKWELL, and
RODNEY RICHARDSON,

    Defendants
_____/

Case No. 2:17-cv-14093
District Judge Gershwin A. Drain
Magistrate Judge Anthony P. Patti

## **ADDENDUM TO THE APRIL 5, 2019 OPINION AND ORDER DENYING SEVERAL OF PLAINTIFF'S MOTIONS and PLACING RESTRICTIONS ON PLAINTIFF'S FUTURE FILINGS (DE 97)**

On April 5, 2019, I entered an opinion and order denying several of Plaintiff's motions (DEs 70, 71, 72, 73, 74, 84, 88, 89, 91, 95) and placing restrictions on Plaintiff's future filings. (DE 97.) To the extent any of these motions sought injunctive relief, they were dispositive requests, and Plaintiff should treat the Undersigned's related opinions as having been offered in a report and recommendation. *See* E.D. Mich. LR 7.1(e)(1)(A), 28 U.S.C. § 636(b)(1)(B). As such, Plaintiff's attention is drawn to the related objection period, namely,

"[w]ithin fourteen days after being served with a copy, any party may serve and file written objections to such proposed findings and recommendations as provided by rules of court." 28 U.S.C. § 636(b)(1).

Dated: April 9, 2019
                                        s/Anthony P. Patti
                                        Anthony P. Patti
                                        UNITED STATES MAGISTRATE JUDGE

**Certificate of Service**

I hereby certify that a copy of the foregoing document was sent to parties of record on April 9, 2019, electronically and/or by U.S. Mail.

                                        s/Michael Williams
                                        Case Manager for the
                                        Honorable Anthony P. Patti