UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

LANCE ADAM GOLDMAN,

    Plaintiff,

v.

RICK SNYDER, ET AL.,

    Defendants.
_____/

Case No. 17-cv-14093

UNITED STATES DISTRICT COURT JUDGE
GERSHWIN A. DRAIN

UNITED STATES MAGISTRATE JUDGE
ANTHONY P. PATTI

**ORDER ACCEPTING AND ADOPTING REPORT AND RECOMMENDATION [#97], OVERRULING PLAINTIFF'S OBJECTION [#104], AND DENYING PLAINTIFF'S VARIOUS MOTIONS FOR RELIEF [#70, #71, #72, #73, #74, #84, #88, #89, #91, #95]**

This matter is before the Court on Plaintiff's various motions for injunctive and other relief. Dkt. Nos. 70, 71, 72, 73, 74, 84, 88, 89, 91, 95. The Court referred these matters to Magistrate Judge Anthony P. Patti, who issued an Opinion and Order Denying the motions and placing restrictions on Plaintiff's future filings. Dkt. No. 97. Later, Magistrate Judge Patti, in an addendum, clarified that his Opinion and Order should be construed as a Report and Recommendation to the extent that any of Plaintiff's motions sought injunctive relief. Dkt. No. 98. This, in turn, allowed both parties the opportunity to file objections, which Plaintiff did on April 26, 2019. *See* Dkt. No. 104.

Plaintiff uses his Objection strictly to express his discontent with the Court. Hence, in the absence of any legal issues to address, the Court will OVERRULE Plaintiff's Objection [#84]. Furthermore, upon review of Magistrate Judge Patti's Report and Recommendation, the Court finds that the Magistrate reached the correct conclusion.

Accordingly, the Court ACCEPTS and ADOPTS Magistrate Judge Patti's April 5, 2019 Report and Recommendation [#97] as this Court's findings of fact and conclusions of law. Plaintiff's various motions for injunctive and other relief [#70, #71, #72, #73, #74, #84, #88, #89, #91, #95] are hereby DENIED. Plaintiff shall also comply with the filing restrictions set forth within the Report and Recommendation.

IT IS SO ORDERED.

Dated: June 10, 2019

s/Gershwin A. Drain
HON. GERSHWIN A. DRAIN
United States District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was mailed to the attorneys of record on this date, June 10, 2019, by electronic and/or ordinary mail.

s/Teresa McGovern
Case Manager